# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY JOHNSON on behalf of himself and all others similarly situated,<br><br>Plaintiff(s)<br><br>-against-<br><br>MONTEREY FINANCIAL SERVICES LLC D/B/A MONTEREY COLLECTIONS; and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case No.: 1:22-cv-06891 (RMB)(SAK)<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Stipulation Of Dismissal will be filed shortly.

Dated: February 27, 2024

*/s/ Benjamin J. Wolf*
Benjamin J. Wolf, Esq.
JONES, WOLF& KAPASI, LLC
375 Passaic Avenue
Fairfield, New Jersey 07004
Phone: (973) 227-5900
Fax: (973) 244-0019
bwolf@legaljones.com
*Attorney for Plaintiff*